

EMAIL: SSHAFFER@OLSHANLAW.COM
DIRECT DIAL: 212.451.2302

January 21, 2014

<u>VIA ECF</u>

Honorable Mark Falk
United States District Court
District of New Jersey
50 Walnut Street
Newark, NJ 07101

    Re:    <u>Hoffman v. Clemens, et al., Civil Action No. 13-7924 (WJM)(MF)</u>

Dear Magistrate Judge Falk:

    This office represents the Defendants in the above-referenced action, wherein a status conference was held on January 15, 2014.

    Along with this letter, I am submitting a proposed Stipulated Order for the Court's consideration. Plaintiff has reviewed the proposed Stipulated Order and has agreed to its form.

    Thank you.

                                              Respectfully submitted,

                                              Scott Shaffer

cc: Harold M. Hoffman, Esq. (via ECF)

OLSHAN   FROME   WOLOSKY   LLP                                  WWW.OLSHANLAW.COM
2449127-1