UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

**HAROLD M. HOFFMAN**,

                Plaintiff,

  -against-

                                          Docket No.: 13-cv-7924 (WJM) (MF)

**CURT CLEMENS, ALTERN MARKETING, LLC, and WHOLE BODY RESEARCH, LLC,**

                Defendants.

## NOTICE OF DISMISSAL

Plaintiff, pursuant to Rule 41(a)(1)(A)(i), Fed. R. Civ. P., hereby dismisses the within civil action, with prejudice, and without costs for either party as against the other.

Dated: February 6, 2014

                                            s/ Harold M. Hoffman, Esq.
                                            *Counsel for Plaintiff*
                                            240 Grand Avenue
                                            Englewood, NJ 07631
                                            hoffman.esq@verizon.net